UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORT IRON & METAL COMPANY,

        Plaintiff,                        Case No. 21-cv-12886

v.                                          Paul D. Borman
                                             United States District Judge

CITY OF DETROIT, a municipal
corporation, and DAVID BELL, an
individual, in his official capacity,

        Defendants.
_____/

## ORDER REQUIRING PLAINTIFF FORT IRON & METAL COMPANY TO SUBMIT TO THE COURT THE IDENTITIES OF THE MEMBERS OF ITS BOARD OF DIRECTORS AND ITS SHAREHOLDERS

The Court orders Plaintiff Fort Iron & Metal Company to submit to the Court, on or before January 3, 2022, the identities of the members of its Board of Directors and of each individual shareholder of Plaintiff. Plaintiff may submit this information either in an email to the Court's case manager, Deborah Tofil, deborah_tofil@mied.uscourts.gov, or in a hard copy delivered to the Court. This information need not be filed on the Court's docket.

IT IS SO ORDERED.

Dated: December 22, 2021

                                                     s/Paul D. Borman
                                                     Paul D. Borman
                                                     United States District Judge